UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE GREENLEE, | ) | CASE NO.1:03-2410 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| WEST SIXTH STREET PARTNERS, INC., ET AL., | ) | ORDER |
| Defendant. | ) | |

This matter comes before the Court upon Plaintiffs' Motion (ECF DKT #131) to Dismiss Without Prejudice under Fed. R. Civ. P. 41(a).  Plaintiffs' Motion is GRANTED and the captioned case is DISMISSED WITHOUT PREJUDICE, with the condition that, if Plaintiff re-files, he must pay the reasonable attorney fees and costs of any duplication of legal services by Defendants up to the date of the dismissal.

IT IS SO ORDERED.

3/1/07
Date

CHRISTOPHER A. BOYKO
United States District Judge